UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TORRI DURDEN,

    Plaintiff,

v.                                                                                          Case No. 20-12161

MICHAEL J. BOUCHARD, *et al.*,                              Sean F. Cox
                                                                              United States District Court Judge

    Defendants.
_____/

## ORDER
## ADOPTING REPORT AND RECOMMENDATION (ECF NO. 35)
## AND GRANTING DEFENDANT S' MOTION FOR SUMMARY JUDGMENT

Plaintiff filed this action against Defendants on August 4, 2020. In an Opinion and Order issued on September 16, 2020, Plaintiff's claims against Defendant Bouchard were dismissed. This matter was then referred to Magistrate Judge David R. Grand for all pretrial proceedings. Thereafter, the two remaining Defendants (Otto and Jones) filed a Motion for Summary Judgment. (ECF No. 27).

In a Report and Recommendation issued on August 10, 2022, Judge Grand recommends that this Court grant Defendants' Motion for Summary Judgment. (ECF No. 35).

The time permitted for the parties to file objections to that Report and Recommendation has passed and no objections were filed. Accordingly, the Court hereby **ADOPTS** the August 10, 2022 Report and Recommendation and **ORDERS** that Defendants' Motion for Summary Judgment is **GRANTED.**

      **IT IS SO ORDERED.**

1

                                                s/Sean F. Cox
                                                Sean F. Cox
                                                United States District Judge

Dated: September 12, 2022